# MEMORANDUM DECISIONS.

ADAMS et al., Respondents, v. ELWOOD, Appellant. (Supreme Court, Appellate Division, Second Department. June 17, 1904.) Action by Mary Ann Adams and another as executors, etc., against George A. Elwood. No opinion. Motion to dismiss appeal denied.

A. G. HYDE & SONS v. LESSER. (Supreme Court, Appellate Division, First Department. June 17, 1904.) Action by A. G. Hyde & Sons against Tobias Lesser. No opinion. Motion denied.

In re ALDERMAN. (Supreme Court, Appellate Division, Second Department. June 10, 1904.) In the matter of the application of Allen C. Alderman for admission to the bar. No opinion. Application granted.

ALDRICH v. LANNING. (Supreme Court, Appellate Division, Fourth Department. May 10, 1904.) Action by Loenza J. Aldrich against William H. Lanning. No opinion. Motion to dismiss appeal denied, with $10 costs and disbursements.

AMERICAN AUDIT CO. v. INDUSTRIAL FEDERATION OF AMERICA. (Supreme Court, Appellate Division, First Department. June 10, 1904.) Action by the American Audit Company against the Industrial Federation of America. No opinion. Motion denied.

APOLLONIO, Appellant, v. LANGLEY, Respondent. (Supreme Court, Appellate Division, Second Department. June 17, 1904.) Action by Clara F. Apollonio against Edward D. W. Langley, individually and as administrator de bonis non with the will annexed of Frances A. Skinner. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of Hart v. Hart, 45 App. Div. 280, 61 N. Y. Supp. 131.

APPLIN, Appellant, v. SHELLEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 26, 1904.) Action by Porter Applin against Fred A. Shelley. PER CURIAM. Judgment affirmed, with costs. Held, that the complaint does not state facts sufficient to constitute a cause of action.

ARMFIELD, Respondent, v. GREENWALD, Appellant. (Supreme Court, Appellate Division, Second Department. June 10, 1904.) Action by William Armfield against Charles Greenwald. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

A. T. HAGEN CO., Respondent, v. BANNER STEAM LAUNDRY, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 17, 1904.) Action by the A. T. Hagen Company against the Banner Steam Laundry. No opinion. Judgment and order affirmed, with costs.

ATKINS, Respondent, v. FAY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 10, 1904.) Action by Thomas R. Atkins against Edwin R. Fay and others.
PER CURIAM. Judgment affirmed, with costs.
HISCOCK, J., dissents, upon the ground that the plaintiff did not establish his claim with a sufficient degree of certainty.

BACH, Appellant, v. BUTTS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 10, 1904.) Action by Julius Bach against Charles G. Butts and another. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, and judgment ordered for the defendant upon the nonsuit, with costs to the defendant.

BAGLEY & SEWELL CO., Appellant, v. BYRON, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 26, 1904.) Action by the Bagley & Sewell Company against Charles Byron, individually, etc. No opinion. Judgment affirmed, with costs.

BALL, Respondent, v. HOYT, Appellant. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by Charles W. Ball against Arthur S. Hoyt. No opinion. Judgment and order unanimously affirmed, with costs.

BANK OF GENESEE, Appellant, v. DELLINGER, Respondent, et al. (Supreme Court, Appellate Division, Fourth Department. May 3, 1904.) Action by the Bank of Genesee against John Dellinger, impleaded, etc. No opinion. Judgment affirmed, with costs, on opinion of SPRING, J., in Doty v. Same Defendant (decided at present term) 87 N. Y. Supp. 1001.

BANNISTER, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. June 10, 1904.) Action by George E. Bannister against the city of New York. D. A. Zinke, for appellant. T. Connoly, for respondent. No opinion. Judgment affirmed, with costs. See 82 N. Y. Supp. 244.